[No. 32123-8-II.   Division Two.   January 10, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. GAIL ANN HANNA, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-02236-9, Wm. Thomas McPhee, J., entered August 12, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 32415-6-II.   Division Two.   January 10, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. TONNY TYSON WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-00263-3, Gary Tabor and Richard D. Hicks, JJ., entered October 19, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Armstrong, JJ.

[No. 32497-1-II.   Division Two.   January 10, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM JOHN FRIEDRICHS, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-01581-8, Wm. Thomas McPhee, J., entered November 4, 2004. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 32879-8-II.   Division Two.   January 10, 2006.]

INGRID S. SIEDLER ET AL., *Appellants,* v. JIM HAYES ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-2-02004-4, Anna M. Laurie, J., entered February 11, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall C.J., and Armstrong, J.